Andrew C. Hooper, for Respondent.

William J. Swift, for Appellant.

Before Division Three: ANTHONY REX GABBERT, Presiding Judge, VICTOR C. HOWARD, Judge and THOMAS H. NEWTON, Judge.

### *ORDER*

■

Before Division Four: JAMES E. WELSH, Chief Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

### *ORDER*

PER CURIAM:

Appellant Andre M. Broadus appeals from his convictions of one count of murder in the second degree, § 565.021, one count of robbery in the first degree, § 569.020, and two counts of armed criminal action, § 571.015. Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent**

v.

**Andre M. BROADUS, Appellant.**

**No. WD 76039.**

Missouri Court of Appeals, Western District.

Jan. 28, 2014.

Dora Fichter, for Respondent.

Irene C. Karns, for Appellant.